# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COBBS, JR., <br><br> Plaintiff, <br><br> v. <br><br> RELIANCE STANDARD LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | No. 2:25-cv-00970-JAK (RAOx) <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL (DKT. 15)** |

1

Based on a review of the Joint Notice of Settlement (the "Joint Notice" (Dkt. 15)), which was filed on September 2, 2025, and in which the parties state that they have reached a settlement in this action, and anticipate filing a request for dismissal within 60 days, an Order to Show Cause re Dismissal ("OSC") is set for November 17, 2025 at 10:30 a.m., with the precise time to be set when the final calendar for that date is issued. If the parties file a request for dismissal on or before November 12, 2025, the OSC will be discharged and the November 17, 2025 hearing will be taken off calendar, with no appearance by counsel required. If the parties have not done so, on or before November 12, 2025 they shall file an updated report as to the procedural status of finalizing the settlement, and the expected date by which they will file a request for dismissal. Based on a review of that updated report, a determination will be made whether the November 17, 2025 hearing will be continued, vacated or remain on calendar as scheduled.

**IT IS SO ORDERED.**

Dated:  September 03, 2025

_____

John A. Kronstadt

United States District Judge